# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| COPPERMINE RIDGE, LLC § | Case No. 8:15-bk-12251-CPM |
| § | |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Larry S. Hyman, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 500,803.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 158,554.72     Claims Discharged
                                                 Without Payment: 563,168.33

Total Expenses of Administration: 57,921.76

---

3) Total gross receipts of $ 217,276.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 800.00 (see **Exhibit 2**), yielded net receipts of $ 216,476.48 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 57,921.76 | 57,921.76 | 57,921.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 721,723.05 | 721,723.05 | 158,554.72 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 779,644.81 | $ 779,644.81 | $ 216,476.48 |

4) This case was originally filed under chapter 7 on 12/08/2015 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/30/2017                    By:/s/Larry S. Hyman, Chapter 7 Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 57+ ACRES | 1110-000 | 80,023.73 |
| Lot - Swain County, NC PIN #669200412772 | 1110-000 | 16,000.00 |
| Lot - Swain County, NC PIN #669200420147 | 1110-000 | 7,500.00 |
| Lot - Swain County, NC PIN #669200425582 | 1110-000 | 18,000.00 |
| Lot - Swain County, NC PIN #669200631669 | 1110-000 | 70,000.00 |
| Lot - Swain County, NC PIN #669200634508 | 1110-000 | 4,250.00 |
| Lot - Swain County, NC PIN #669200645152 | 1110-000 | 18,000.00 |
| 2002 JOHN DEERE TRAIL GATOR | 1129-000 | 600.00 |
| DUKE ENERGY POSSIBLE REFUNDS | 1129-000 | 1,302.75 |
| VEHICLE-1965 FIAT ALLIS MOTOR | 1129-000 | 800.00 |
| 2002 JOHN DEERE TRAIL GATOR | 1280-000 | 800.00 |
| **TOTAL GROSS RECEIPTS** | | **$217,276.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GLEN E. & MARY BOURDON | Non-Estate Funds Paid to Third Parties | 8500-002 | 500.00 |
| THOMAS & RHONDA BROOKS | Non-Estate Funds Paid to Third Parties | 8500-002 | 300.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 800.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | JOSEPH WILLIAM AND CAROL WEAVER | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 9 | PAUL AND CATHERINE BOURDON | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Larry S. Hyman, Trustee | 2100-000 | NA | 14,073.82 | 14,073.82 | 14,073.82 |
| Larry S. Hyman, Trustee | 2200-000 | NA | 308.30 | 308.30 | 308.30 |
| Closing Settlement Fees | 2500-000 | NA | 484.00 | 484.00 | 484.00 |
| Bank of Kansas City | 2600-000 | NA | 1,517.07 | 1,517.07 | 1,517.07 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BOK Financial | 2600-000 | NA | 263.50 | 263.50 | 263.50 |
| REAL ESTATE TAX | 2820-000 | NA | 2,012.89 | 2,012.89 | 2,012.89 |
| FEDEX | 2990-000 | NA | 28.32 | 28.32 | 28.32 |
| ATTORNEY FEES | 3210-000 | NA | 3,325.00 | 3,325.00 | 3,325.00 |
| TRENAM LAW | 3210-000 | NA | 20,160.50 | 20,160.50 | 20,160.50 |
| TRENAM LAW | 3220-000 | NA | 448.36 | 448.36 | 448.36 |
| LARRY S. HYMAN | 3310-000 | NA | 2,475.00 | 2,475.00 | 2,475.00 |
| REAL ESTATE COMMISSION | 3510-000 | NA | 12,825.00 | 12,825.00 | 12,825.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 57,921.76 | $ 57,921.76 | $ 57,921.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DARA MAVREY THOMAS | 7100-000 | NA | 138,707.20 | 138,707.20 | 30,472.47 |
| 5 | HUBERT R. AND ANGELA K. SMITH | 7100-000 | NA | 158,558.00 | 158,558.00 | 34,833.47 |
| 1 | JANE ELLEN JULIAN AND CARLA J. BERRY | 7100-000 | NA | 125,000.00 | 125,000.00 | 27,461.14 |
| 12 | JOSEPH AND SHEILA BOWDEN | 7100-000 | NA | 187,000.00 | 187,000.00 | 41,081.87 |
| 6 | JOSEPH AND SHEILA BOWDEN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | JOSEPH DEANGELO | 7100-000 | NA | 43,102.85 | 43,102.85 | 9,469.23 |
| 4 | JOSEPH PATRICK AND MARILYN CARR, TRUSTEES | 7100-000 | NA | 29,355.00 | 29,355.00 | 6,448.97 |
| 10 | SUE CONLON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | SUE CONLON | 7100-000 | NA | 40,000.00 | 40,000.00 | 8,787.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 721,723.05 | $ 721,723.05 | $ 158,554.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-12251 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | COPPERMINE RIDGE, LLC | | | | Date Filed (f) or Converted (c): | 12/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/12/2016 |
| For Period Ending: | 11/30/2017 | | | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VEHICLE-1965 FIAT ALLIS MOTOR GRADER | 2,500.00 | 800.00 | | 800.00 | FA |
| 2. 2002 JOHN DEERE TRAIL GATOR | 2,500.00 | 600.00 | | 1,400.00 | FA |
| 3. 57+ ACRES | 241,270.00 | 60,000.00 | | 80,023.73 | FA |
| 4. Void (u)  Same as 57+ Acres | 0.00 | N/A | | 0.00 | FA |
| 5. Lot - Swain County, NC PIN #669200412772 | 40,000.00 | 40,000.00 | | 16,000.00 | FA |
| 6. Lot - Swain County, NC PIN #669200420147 | 40,000.00 | 40,000.00 | | 7,500.00 | FA |
| 7. Lot - Swain County, NC PIN #669200423319 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 8. Lot - Swain County, NC PIN #669200425137 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 9. Lot - Swain County, NC PIN #669200520208 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 10. Lot - Swain County, NC PIN #669200427492 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 11. Lot - Swain County, NC PIN #669200425582 | 40,000.00 | 40,000.00 | | 18,000.00 | FA |
| 12. Lot - Swain County, NC PIN #669200631669 | 76,700.00 | 76,700.00 | | 70,000.00 | FA |
| 13. Lot - Swain County, NC PIN #669200538053 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 14. Lot - Swain County, NC PIN #669200630281 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 15. Lot - Swain County, NC PIN #669200632785 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 16. Lot - Swain County, NC PIN #669200634508 | 29,390.00 | 29,390.00 | | 4,250.00 | FA |
| 17. Lot - Swain County, NC PIN #669200637885 | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 18. Lot - Swain County, NC PIN #669200645152 | 40,000.00 | 40,000.00 | | 18,000.00 | FA |
| 19. Lot - Swain County, NC PIN #669200740144 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 20. Lot - Swain County, NC PIN #669200862579 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 21. DUKE ENERGY POSSIBLE REFUNDS | 60,060.30 | 1,302.75 | | 1,302.75 | FA |
| 22. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 23. Void (u) | 0.00 | N/A | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-12251 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | COPPERMINE RIDGE, LLC | | | | Date Filed (f) or Converted (c): | 12/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/12/2016 |
| For Period Ending: | 11/30/2017 | | | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 25. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 26. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 27. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 28. Life Insurance | 803.00 | 0.00 | | 0.00 | FA |
| 29. Lot - Swain County, NC PIN #669200422051 | 40,000.00 | 40,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,073,223.30    $828,792.75    $217,276.48    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bids for heavy equipment.  Report and Notice filed.

Various contracts received for purchase of acreage.

 4/22/16 Court has approved various sale.

6\30\16  All assets liquidated except 57 acre tract.  Still marketing the property

filed amended NFR to correct date mailed per Dana with UST  - Pam Reynolds 6/1/2017

Initial Projected Date of Final Report (TFR): 04/30/2017          Current Projected Date of Final Report (TFR): 04/30/2017

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-12251 | Trustee Name: Larry S. Hyman, Chapter 7 Trustee | Exhibit 9 |
| Case Name: COPPERMINE RIDGE, LLC | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX6691 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0452 | Blanket Bond (per case limit): $3,802,000.00 | |
| For Period Ending: 11/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/16 | 1 | THOMAS W. BROOKS<br>RHONDA BROOKS<br>56 CHURCH ST.<br>WHITTIER, NC 28789 | PURCHASE EQUIPMENT | 1129-000 | $800.00 | | $800.00 |
| 04/05/16 | 2 | THOMAS W. BROOKS<br>RHONDA BROOKS<br>56 CHURCH STREET<br>WHITTIER, NC 28789 | REFUND OF DEPOSIT | 1280-000 | $300.00 | | $1,100.00 |
| 04/18/16 | 2 | Mary Bourdon | REFUND OF BID<br>John Deere Gator | 1280-000 | $500.00 | | $1,600.00 |
| 04/21/16 | 2 | CATHERINE D BOURDON<br>PAUL BOURDON<br>2627 GRAND CYPRESS BLVD<br>PALM HARBOR, FL 34684-1000 | BID | 1129-000 | $600.00 | | $2,200.00 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,190.00 |
| 05/31/16 | 21 | DUKE ENERGY | REFUND | 1129-000 | $567.98 | | $2,757.98 |
| 05/31/16 | 21 | DUKE ENERGY | REFUND | 1129-000 | $734.77 | | $3,492.75 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,482.75 |
| 05/31/16 | 101 | GLEN E. & MARY BOURDON<br>145 EARL STREET<br>TARPON SPRINGS, FL 34689 | REFUND OF DEPOSIT | 8500-002 | | $500.00 | $2,982.75 |
| 05/31/16 | 102 | THOMAS & RHONDA BROOKS<br>56 CHURCH STREET<br>WHITTIER, NC 28789 | REFUND OF DEPOSIT | 8500-002 | | $300.00 | $2,682.75 |
| 06/07/16 | | RIDENOUR & GOSS PA | LAND CONTRACT | | $16,191.53 | | $18,874.28 |
| | | | Gross Receipts          $18,000.00 | | | | |
| | | REAL ESTATE COMMISSION | REAL ESTATE COMMISSION          ($1,080.00) | 3510-000 | | | |

| | | | Page Subtotals: | | $19,694.28 | $820.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-12251  
Case Name: COPPERMINE RIDGE, LLC  
Taxpayer ID No: XX-XXX0452  
For Period Ending: 11/30/2017  

Trustee Name: Larry S. Hyman, Chapter 7 Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX6691  
Checking  
Blanket Bond (per case limit): $3,802,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ATTORNEY FEES | ATTORNEY'S FEE ($475.00) | 3210-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT ($36.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX ($217.47) | 2820-000 | | | |
| | 18 | | Lot - Swain County, NC PIN #669200645152  $18,000.00 | 1110-000 | | | |
| 06/07/16 | | BRIGHAM LAW OFFICE PLLC | LAND CONTRACT | | $6,499.64 | | $25,373.92 |
| | | | Gross Receipts  $7,500.00 | | | | |
| | | REAL ESTATE COMMISSION | REAL ESTATE COMMISSION ($450.00) | 3510-000 | | | |
| | | ATTORNEY FEES | ATTORNEY'S FEE ($475.00) | 3210-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT ($15.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX ($60.36) | 2820-000 | | | |
| | 6 | | Lot - Swain County, NC PIN #669200420147  $7,500.00 | 1110-000 | | | |
| 06/07/16 | | BRIGHAM LAW OFFICE PLLC | LAND CONTRACT | | $16,299.30 | | $41,673.22 |
| | | | Gross Receipts  $18,000.00 | | | | |
| | | REAL ESTATE COMMISSION | REAL ESTATE COMMISSION ($1,080.00) | 3510-000 | | | |
| | | ATTORNEY FEES | ATTORNEY'S FEE ($475.00) | 3210-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT ($36.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX ($109.70) | 2820-000 | | | |
| | 11 | | Lot - Swain County, NC PIN #669200425582  $18,000.00 | 1110-000 | | | |

Page Subtotals: $22,798.94   $0.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-12251 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | COPPERMINE RIDGE, LLC | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX6691 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0452 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 11/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | RIDENOUR & GOSS PA | LAND CONTRACT | | $64,719.16 | | $106,392.38 |
| | | | Gross Receipts  $70,000.00 | | | | |
| | | REAL ESTATE COMMISSION | REAL ESTATE COMMISSION  ($4,200.00) | 3510-000 | | | |
| | | ATTORNEY FEES | ATTORNEY'S FEE  ($475.00) | 3210-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT  ($140.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX  ($465.84) | 2820-000 | | | |
| | 12 | | Lot - Swain County, NC PIN #669200631669  $70,000.00 | 1110-000 | | | |
| 06/07/16 | | RIDENOUR & GOSS PA | LAND CONTRACT | | $14,358.31 | | $120,750.69 |
| | | | Gross Receipts  $16,000.00 | | | | |
| | | REAL ESTATE COMMISSION | REAL ESTATE COMMISSION  ($960.00) | 3510-000 | | | |
| | | ATTORNEY FEES | ATTORNEY'S FEE  ($475.00) | 3210-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT  ($32.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX  ($174.69) | 2820-000 | | | |
| | 5 | | Lot - Swain County, NC PIN #669200412772  $16,000.00 | 1110-000 | | | |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.56 | $120,639.13 |
| 07/19/16 | | RIDENOUR & GROSS PA PO BOX 965 SYLVA, NC 28779 | LAND PURCHASE | | $3,363.74 | | $124,002.87 |
| | | | Gross Receipts  $4,250.00 | | | | |

| | Page Subtotals: | $82,441.21 | $111.56 |
| --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-12251 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | COPPERMINE RIDGE, LLC | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX6691 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0452 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 11/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | REAL ESTATE COMMISSION | COMMISSION ($255.00) | 3510-000 | | | |
| | | ATTORNEY FEES | ATTORNEY'S FEE ($475.00) | 3210-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT ($40.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX ($116.26) | 2820-000 | | | |
| | 16 | | Lot - Swain County, NC PIN #669200634508  $4,250.00 | 1110-000 | | | |
| 07/22/16 | 103 | FEDEX PO BOX 660481 DALLAS, TX 75266-0481 | SHIPPING ACCOUNT #2447-5527-5 | 2990-000 | | $28.32 | $123,974.55 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.34 | $123,794.21 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.49 | $123,610.72 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.31 | $123,433.41 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.95 | $123,250.46 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.79 | $123,073.67 |
| 12/23/16 | | RIDENOUR & GROSS, PA | SALE OF REAL ESTATE | | $73,695.16 | | $196,768.83 |
| | | | Gross Receipts  $80,023.73 | | | | |
| | | REAL ESTATE COMMISSION | REAL ESTATE COMMISSION ($4,800.00) | 3510-000 | | | |
| | | ATTORNEY FEES | ATTORNEY'S FEE ($475.00) | 3210-000 | | | |

Page Subtotals: $73,695.16   $929.20

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: | 15-12251 | | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee | | |
| Case Name: | COPPERMINE RIDGE, LLC | | Bank Name: | BOK Financial | | |
| | | | Account Number/CD#: | XXXXXX6691 | | |
| | | | | Checking | | |
| Taxpayer ID No: | XX-XXX0452 | | Blanket Bond (per case limit): | $3,802,000.00 | | |
| For Period Ending: | 11/30/2017 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Closing Settlement Fees | CLOSING SETTLEMENT ($160.00) | 2500-000 | | | |
| | | Closing Settlement Fees | CLOSING SETTLEMENT ($25.00) | 2500-000 | | | |
| | | REAL ESTATE TAX | REAL ESTATE TAX ($868.57) | 2820-000 | | | |
| | 3 | | 57+ ACRES $80,023.73 | 1110-000 | | | |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $192.46 | $196,576.37 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $292.17 | $196,284.20 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $263.50 | $196,020.70 |
| 03/02/17 | 104 | TRENAM LAW PO BOX 1102 TAMPA, FL 33601 | ATTORNEY'S FEE Reversal incorrect amount | 3210-000 | | ($20,608.86) | $216,629.56 |
| 03/02/17 | 104 | TRENAM LAW PO BOX 1102 TAMPA, FL 33601 | ATTORNEY'S FEE | 3210-000 | | $20,608.86 | $196,020.70 |
| 03/02/17 | 105 | TRENAM LAW PO BOX 1102 TAMPA, FL 33601 | ATTORNEY'S EXPENSE | 3220-000 | | $448.36 | $195,572.34 |
| 03/02/17 | 106 | TRENAM LAW PO BOX 1102 TAMPA, FL 33601 | ATTORNEY'S FEE | 3210-000 | | $20,160.50 | $175,411.84 |
| 07/06/17 | 107 | Larry S. Hyman, Trustee P.O. BOX 18625 TAMPA, FL 33679 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $14,073.82 | $161,338.02 |
| 07/06/17 | 108 | Larry S. Hyman, Trustee P.O. BOX 18625 TAMPA, FL 33679 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $308.30 | $161,029.72 |

| | | | Page Subtotals: | | $0.00 | $35,739.11 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-12251 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | COPPERMINE RIDGE, LLC | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX6691 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0452 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 11/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/17 | 109 | LARRY S. HYMAN<br>P.O. BOX 18625<br>TAMPA, FL 33679 | Final distribution representing a payment of 100.00 % per court order. | 3310-000 | | $2,475.00 | $158,554.72 |
| 07/06/17 | 110 | JANE ELLEN JULIAN AND CARLA J. BERRY<br>1147 PINECREST DR<br>ROCK HILL, SC 29732 | Final distribution to claim 1 representing a payment of 21.97 % per court order. | 7100-000 | | $27,461.14 | $131,093.58 |
| 07/06/17 | 111 | DARA MAVREY THOMAS<br>118 LAUREL TREEWAY<br>BRANDON, FL 33511 | Final distribution to claim 3 representing a payment of 21.97 % per court order. | 7100-000 | | $30,472.47 | $100,621.11 |
| 07/06/17 | 112 | JOSEPH PATRICK AND MARILYN CARR, TRUSTEES<br>5016 SYLVAN AVE<br>VALRICO, FL 33596 | Final distribution to claim 4 representing a payment of 21.97 % per court order. | 7100-000 | | $6,448.97 | $94,172.14 |
| 07/06/17 | 113 | HUBERT R. AND ANGELA K. SMITH<br>437 CYPRESS LANDING TRAIL<br>CHOCOWINITY, NC 27817 | Final distribution to claim 5 representing a payment of 21.97 % per court order. | 7100-000 | | $34,833.47 | $59,338.67 |
| 07/06/17 | 114 | JOSEPH DEANGELO<br>121 DEEP GAP VIEW RD<br>WHITTIER, NC 28789 | Final distribution to claim 7 representing a payment of 21.97 % per court order. | 7100-000 | | $9,469.23 | $49,869.44 |
| 07/06/17 | 115 | SUE CONLON<br>P.O. BOX 416<br>CRYSTAL BEACH, FL 34681 | Final distribution to claim 11 representing a payment of 21.97 % per court order. | 7100-000 | | $8,787.57 | $41,081.87 |
| 07/06/17 | 116 | JOSEPH AND SHEILA BOWDEN<br>15160 ROYAL WINDSOR LANE APT 1301<br>FORT MYERS, FL 33919-3901 | Final distribution to claim 12 representing a payment of 21.97 % per court order. | 7100-000 | | $41,081.87 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $198,629.59 | $198,629.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $198,629.59 | $198,629.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $198,629.59 | $198,629.59 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $161,029.72 |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6691 - Checking | $198,629.59 | $198,629.59 | $0.00 |
|  | $198,629.59 | $198,629.59 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $18,646.89 |
| Total Net Deposits: | $198,629.59 |
| Total Gross Receipts: | $217,276.48 |

Page Subtotals: $0.00 $0.00